JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| DENICE DEMARCO,<br><br>  Plaintiff,<br><br>  vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>  Defendant. | Case No: 5:14-CV-01140 VAP(SPx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

# **O R D E R**

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 12/30/2014

/s/ Virginia A. Phillips

HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

Case 5:14-cv-01140-VAP-SP   Document 20   Filed 12/30/14   Page 2 of 2   Page ID #:109